**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

KIMBERLY CARMAN  CASE NO.  3:14-cv-1224-J-34MCR
v.
GREEN TREE SERVICING, LLC

Counsel for Plaintiff:           Counsel for Defendant:
Janet Varnell                    John Bustard
Max Story
Scott Borison

**HONORABLE MARCIA MORALES HOWARD, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Jodi L. Wiles       Court Reporter: Cindy Packevicz

**CLERK'S MINUTES**

PROCEEDINGS OF: TELEPHONIC MOTION HEARING MINUTES

The Court heard oral argument on September 23, 2015.

Defendant's Motion to Dismiss Plaintiff's Complaint and Incorporated Memorandum of Law (Dkt. No. 7) is **GRANTED, in part, and DENIED, in part,** as stated on the record.

Counsel for Plaintiff shall confer with counsel for Defendant and file a motion for leave to amend the complaint no later than **October 23, 2015**.

No later than **October 30, 2015**, the parties shall confer and file a notice proposing a schedule for the remaining matters.

The Court Reporter is directed to file the transcript of this proceeding.

DATE: September 25, 2015    TIME: 4:03 p.m. - 5:04 p.m.    TOTAL: 1 Hour, 1 Minute